## ARD v. STATE. (No. 6815.)

(Court of Criminal Appeals of Texas. Feb. 8, 1922.)

Criminal law ⬤⟾1131(1)—Appeal dismissed on appellant's affidavit asking permission to withdraw it.

Appeal will be dismissed on appellant's personal affidavit in regular form asking permission to withdraw appeal.

Appeal from District Court, Van Zandt County; Joel R. Bond, Judge.

Bell Ard was convicted of transporting liquor in violation of the prohibition laws, and he appeals. Appeal dismissed.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for transporting liquor in violation of the prohibition laws. Punishment was assessed at two years in the penitentiary.

Appellant has filed an affidavit asking permission to withdraw his appeal. The affidavit having been made in person by appellant, and seeming to be in regular form, the application is granted, and the appeal is dismissed.